UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WILLIAM H. OLIVER, JR., ESQ.**
Attorney at Law
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500

Order Filed on October 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Denzler

Case No.: 17-28903

Adv. No.:

Hearing Date: October 18, 2017 @ 9:00 a.m.

Judge: Christine M. Gravelle

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Richard Denzler
Case No.: 17-28903(CMG)
Caption of Order: ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised;

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors served with the notice of motion until further order of this court.
2. A copy of this Order shall be served on all interested parties within  5   days of the entry of this Order.