| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**WILLIAM H. OLIVER, JR., ESQ.**<br>Attorney at Law<br>Brandywine Commons<br>2240 State Highway 33, Suite 112<br>Neptune, NJ 07753<br>(732) 988-1500 | Order Filed on October 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard Denzler | Case No.: 17-28903<br><br>Adv. No.:<br><br>Hearing Date: October 18, 2017 @ 9:00 a.m.<br><br>Judge: Christine M. Gravelle |

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Richard Denzler
Case No.: 17-28903(CMG)
Caption of Order: ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised;

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors served with the notice of motion until further order of this court.
2. A copy of this Order shall be served on all interested parties within __5__ days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Denzler  
       Debtor

Case No. 17-28903-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Oct 19, 2017  
                      Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db          +Richard Denzler,   123 Evergreen Ave,   Neptune, NJ 07753-6372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
            Albert   Russo   docs@russotrustee.com
            Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES
           2006-25 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES
           2006-25 rsolarz@kmllawgroup.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
            William H. Oliver, Jr.   on behalf of Debtor Richard  Denzler bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                                                                                  TOTAL: 5