UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

    Richard Denzler

Case No.: 17-28903-CMG

Hearing date:

Judge: Hon. Christine M. Gravelle, U.S.B.J.

AMENDED
# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of ___William Oliver___
on behalf of ___the debtor___ seeking an Order Authorizing Entry of a <u>Trial</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a trial period for loan modification.

2. IT IS ORDERED If the Chapter 13 Trustee is paying a pre-petition arrearage claim pursuant to the confirming order, the Trustee shall suspend disbursements to secured creditor pending finalization of the loan modification. All money that would otherwise be paid to secured creditor shall be held until the pre-petition arrearage claim is amended, or the Trustee is notified by secured creditor that the permanent modification was not finalized.

3. IT IS ORDERED  If the Chapter 13 Trustee is paying a post-petition arrearage claim pursuant to an order, the Trustee shall suspend disbursements to secured creditor pending finalization of the loan modification. All money that would otherwise be paid to secured creditor shall be held until an amended post-petition order is filed, or the Trustee is notified by secured creditor that the permanent modification was not finalized.

4. IT IS ORDERED  If the Chapter 13 Trustee is paying a post-petition creditor attorney fee claim, disbursements shall continue to secured creditor unless the Chapter 13 Trustee is otherwise directed.

5. IT IS ORDERED  If the Chapter 13 Trustee is not paying or reserving funds on a pre-petition arrearage claim pursuant to the confirmation order, then the Trustee shall continue such treatment.

6. IT IS ORDERED In the event the loan modification is not finalized, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

7. IT IS  FURTHER ORDERED Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of the finalization of loan modification.