UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

    Richard Denzler

Case No.:  17-28903-CMG

Hearing date:

Judge:  Hon. Christine M. Gravelle, U.S.B.J.

AMENDED
# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of __William Oliver__ on behalf of __the debtor__ seeking an Order Authorizing Entry of a <u>Trial</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a trial period for loan modification.

2. IT IS ORDERED If the Chapter 13 Trustee is paying a pre-petition arrearage claim pursuant to the confirming order, the Trustee shall suspend disbursements to secured creditor pending finalization of the loan modification. All money that would otherwise be paid to secured creditor shall be held until the pre-petition arrearage claim is amended, or the Trustee is notified by secured creditor that the permanent modification was not finalized.

3. IT IS ORDERED  If the Chapter 13 Trustee is paying a post-petition arrearage claim pursuant to an order, the Trustee shall suspend disbursements to secured creditor pending finalization of the loan modification. All money that would otherwise be paid to secured creditor shall be held until an amended post-petition order is filed, or the Trustee is notified by secured creditor that the permanent modification was not finalized.

4. IT IS ORDERED  If the Chapter 13 Trustee is paying a post-petition creditor attorney fee claim, disbursements shall continue to secured creditor unless the Chapter 13 Trustee is otherwise directed.

5. IT IS ORDERED  If the Chapter 13 Trustee is not paying or reserving funds on a pre-petition arrearage claim pursuant to the confirmation order, then the Trustee shall continue such treatment.

6. IT IS ORDERED In the event the loan modification is not finalized, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

7. IT IS  FURTHER ORDERED Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of the finalization of loan modification.

```
                      United States Bankruptcy Court
                           District of New Jersey
```

```
In re:                                                    Case No. 17-28903-CMG
Richard Denzler                                           Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: Nov 30, 2017
                             Form ID: pdf903          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db             +Richard Denzler,   123 Evergreen Ave,    Neptune, NJ 07753-6372
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES
               2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES
               2006-25 rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Richard   Denzler bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                             TOTAL: 5
```