Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–28903–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard Denzler
    123 Evergreen Ave
    Neptune, NJ 07753

Social Security No.:
    xxx–xx–4329

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 14, 2018.

On June 7, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                July 18, 2018
Time:                10:00 AM
Location:            Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 14, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-28903-CMG
Richard Denzler                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin          Page 1 of 1          Date Rcvd: Jun 14, 2018
                            Form ID: 185          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
```
db        +Richard Denzler,    123 Evergreen Ave,    Neptune, NJ 07753-6372
lm        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage,      350 Highland Dr.,    Lewisville, TX  75067)
lm         +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Highlands Ranch, CO 80129-2386
           +Foreclosure Processing Service,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
517071818  +Monmouth County Sheriff,   Foreclosure Unit,    2500 Kozloski Road,    Freehold, NJ 07728-4424
517071820  +Monmouth County Sp Civil,    71 Monument Park,    Freehold, NJ 07728-1747
517071821  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
517071824    TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,      Division of Taxation,    Bankruptcy Unit,
            P.O. Box 245,    Trenton, NJ 08695-0245)
517071822  +Specialized Loan Servicing,    C/O Parker McCay , P.A,    9000 Midlantic Drive,
            Mount Laurel, NJ 08054-1548
517071823  +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    PO Box 636005,    Littleton, CO 80163-6005
517151855  +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
            8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517071819    E-mail/Text: cio.bncmail@irs.gov Jun 14 2018 23:09:59      Internal Revenue Service,
             Special Procedures,    Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
                                                                                          TOTAL: 3
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
```
              Albert Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES
               2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES
               2006-25 rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.   on behalf of Debtor Richard  Denzler bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                         TOTAL: 5
```