UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

| | |
|---|---|
| In Re: | Case No.: 17-28903 |
| Richard Denzler | Adv. No: |
| | Hearing Date: |
| Debtors | Chapter: 13 |
| | Judge: Christine M. Gravelle |

# CERTIFICATION IN OPPOSITION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Richard Denzler, the Debtor in the above-captioned matter, by way of Certification in Opposition to the Application for early termination of loss mitigation period, do hereby certify and say:

1. Due to a change in my financial status, through my attorney, I will be reapplying for a loan modification.

2. I ask that the loss mitigation period be extended and not terminated as a completed package will be resubmitted through my attorney for review and consideration.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 25, 2018            /s/ Richard Denzler
                                RICHARD DENZLER