UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Denzler

| | |
|---|---|
| Case No.: | 17-28903 |
| Chapter: | 13 |
| Judge: | CMG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 20, 2018____ :

Property:       123 Evergreen Avenue, Neptune, NJ

Creditor:       Specialized Loan Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ____Attorney for Debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____October 18, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-28903-CMG
Richard Denzler                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 20, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db             +Richard Denzler,    123 Evergreen Ave,    Neptune, NJ 07753-6372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES
               2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES
               2006-25 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Richard   Denzler bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 5