|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 | Order Filed on October 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard Denzler,<br><br>Debtor. | Case No.:  17-28903 CMG<br>Adv. No.:<br>Hearing Date: 9/5/18 @ 9:00 a.m.<br><br>Judge:  Christine M. Gravelle |

### ORDER EXTENDING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors: Richard Denzler
Case No.: 17-28903 CMG
Caption: **ORDER EXTENDING LOSS MITIGATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25, holder of a mortgage on real property located at 123 Evergreen Ave, Neptune, NJ, 07753, Denise Carlon appearing, by way of application to extend loss mitigation, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver, Esquire, attorney for Debtor, Richard Denzler, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** the loss mitigation program is hereby extended to October 18, 2018; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor may apply for further extension upon notice to Secured Creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor reserves its rights to move for termination in the future.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-28903-CMG
Richard Denzler                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Oct 10, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Richard Denzler,   123 Evergreen Ave,   Neptune, NJ 07753-6372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES
               2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES
               2006-25 rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Richard  Denzler bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 5